930

No. 87–5404. GORDON v. YOUNG, MAYOR. C. A. 11th Cir. Certiorari denied.

No. 87–5410. ROBINSON v. ROSE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5412. MOORE v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 87–5417. LEE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 87–5420. CHILDS v. HEHMAN, CLERK, UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT, ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5423. HULSEY v. SARGENT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 87–5424. PACCHETTI v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 87–5437. WOODEN v. MARTIN. Ct. App. Tenn. Certiorari denied.

No. 87–5441. LUTTRELL ET AL. v. MARTINEZ, GOVERNOR OF FLORIDA, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 87–5443. EMANUEL v. FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–5444. BOATWRIGHT v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 87–5446. HENRIKSEN v. HENRIKSEN. Sup. Ct. Del. Certiorari denied.

No. 87–5447. WRIGHT v. VIRGINIA STATE BAR. Sup. Ct. Va. Certiorari denied.

No. 87–5456. PEDRAZA v. HEARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–5460. CARTER v. UNITED STATES. Ct. App. D. C. Certiorari denied.